RECEIVED
UNITED STATES MARSHAL
2005 NOV 16 PM 12: 05
NORTHERN DISTRICT OF
CALIFORNIA - OAKLAND

FILED
NOV 1 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## IN THE UNITED STATES DISTRICT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs<br>DORIS DOSSMAN,<br>　　　　　Defendant. | Case No. CR-05-00713-01 WDB<br><br>**ORDER FOR<br>VOLUNTARY SURRENDER** |

IT IS HEREBY ORDERED THAT:

(1) A stay of execution of defendant's sentence is GRANTED on the conditions set forth below, and during the period of the stay, Defendant shall remain at large on Defendant's present cognizance.

(2) Defendant shall immediately report to the United States Marshal's Office, Room 150C, First Floor, 1301 Clay Street, Oakland, California for further instructions, which Defendant shall follow precisely.

(3) The Defendant shall report to the above office of the United States Marshal by 9:00 a.m. on **Monday, November 28, 2005.**

(4) Any failure by Defendant to obey all requirements of this order shall be punishable as a contempt.

**FAILURE TO APPEAR** as required in this Order constitutes a separate offense, a violation of Section 3146 of Title 18, United States Code, and is punishable by additional imprisonment of up to five years.

Dated: 11-15-05

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　WAYNE D. BRAZIL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc: U.S. Marshal (2 Certified), Copies to parties via ECF, Probation, Financial, WDB's Stats, Pretrial

caption.frm　　　　　　　　　　　　　　1