BARRY J. PORTMAN
Federal Public Defender
REBECCA SULLIVAN SILBERT
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DOSSMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DORIS DOSSMAN,<br><br>                    Defendant. | No. CR 05-00713 WDB<br><br>**ORDER EXONERATING BOND**<br><br>**E-FILING CASE** |

On April 4, 2005, this Court released Ms. Dossman on a $50,000 personal recognizance bond. This Court sentenced Ms. Dossman to three months imprisonment on Monday, November 14, 2005, and ordered her to self-surrender by Monday, November 28, 2005. Ms. Dossman has self-surrendered. Therefore, IT IS HEREBY ORDERED that Ms. Dossman's bond be exonerated.

<u>November 29, 2005</u>
Date

_____
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court

Proposed Order Exonerating Bond,
CR-05-00713-WDB                              1