IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00713 WDB |
| Plaintiff, | ) ) | **JUDICIAL RECOMMENDATION REGARDING DESIGNATION** |
| vs. | ) ) | |
| DORIS DOSSMAN, | ) | **E-FILING CASE** |
| Defendant. | ) ) | |

    This Court sentenced Ms. Dossman to three months imprisonment on Monday, November 14, 2005. The Court hereby RECOMMENDS to the Bureau of Prisons that Ms. Dossman be designated to FCI Dublin.

December 1, 2005
Date

_/s/ Wayne D. Brazil_
Honorable Wayne D. Brazil
Magistrate Judge, United States District Court

Judicial Recommendation, CR-05-0713 WDB      1